FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
OCT 29 2009
BY DAVID J. MALAND, CLERK
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 1:09-CR- 150 |
| | § | Crone–Giblin |
| HENRY GEORGE GREEN, SR. | § | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

**Count One** (Violation: 29 U.S.C. §439(b) Making a false statement in a Labor Report)

On or about March 30, 2005, in the Eastern District of Texas, and elsewhere, HENRY GEORGE GREEN, SR., defendant herein, while serving as an officer, that is, treasurer of International Longshoremens Association, Local 440, Port Arthur, Texas, a labor organization engaged in an industry affecting commerce, did willfully make a false statement in a report of Local 440 required to be made and submitted to the Secretary of Labor, that is, Form LM-3 Labor Organization Annual Report for 2004, by failing to disclose a deposit to a union bank account in order to conceal financial irregularities. In violation of Title 29, United States Code, Section 439(b).

**Count Two** (Violation: 29 U.S.C. §439(b) Making a false statement in a Labor Report)

On or about January 24, 2006, in the Eastern District of Texas, and elsewhere, HENRY GEORGE GREEN, SR., defendant herein, while serving as an officer, that is, treasurer of International Longshoremens Association, Local 440, Port Arthur, Texas, a labor organization engaged in an industry affecting commerce, did willfully make a false statement in a report of Local

440 required to be made and submitted to the Secretary of Labor, that is, Form LM-3 Labor Organization Annual Report for 2005, by failing to disclose a deposit to a union bank account in order to conceal financial irregularities. In violation of Title 29, United States Code, Section 439(b).

        JOHN M. BALES
        UNITED STATES ATTORNEY

        _____
        ROBERT L. RAWLS
        ASSISTANT U.S. ATTORNEY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 1:09-CR-150 |
| | § | |
| HENRY GEORGE GREEN, SR. | § | |

## NOTICE OF PENALTY

### Counts One & Two

Violation: 29 U.S.C. Section 439(b) (Making a false statement in a labor report)

Penalty: Imprisonment of not more than one year, a fine not to exceed $100,000, or both. Supervised release of not more than one (1) year.

Special Assessment: $25.00